UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
    PETER ANDREW BURNS              : Bankruptcy No. 12-15213SR
                                    :
        Debtor(s)                   : Chapter 13

## ORDER

AND NOW, this 17th day of Oct, 2012, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

_____
Stephen Raslavich
Chief United States Bankruptcy Judge

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Michael P. Kutzer, Esq.
1420 Walnut Street, Suite 800
Philadelphia, PA 19102-3604

Peter Andrew Burns
1119 Shaw Drive
Fort Washington, PA 19034

Interested parties continued on next page.

Interested parties continued:

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107